**EXHIBIT A**

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** PACCAR INC., a Delaware Corporation d/b/a
*(AVISO AL DEMANDADO):* Kenworth Truck Company; and DOES 1 to 50,
inclusive;

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court Of California
County Of Los Angeles

MAR 20 2014

Sherri R. Carter, Executive Officer/Clerk
By: Amber Hayes, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** ARTAK SARGSYAN, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* individual;

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles Superior Court<br>111 N. Hill Street<br>111 N. Hill Street<br>Los Angeles, 90012 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**BC540050** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Harry S. Kaloustian (SBN 219679)                           (818) 594-0739      (818) 594-0852 Fax
KALOUSTIAN & ASSOCIATES
21031 Ventura Blvd., Ste. 410
Woodland Hills, CA 91364

| | | |
|---|---|---|
| DATE:<br>*(Fecha)* | SHERRI R. CARTER   Clerk, by _____ **Amber Hayes** | , Deputy |
| | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

MAR 20 2014

1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):* dba Kenworth Truck Company
3. ☒ on behalf of *(specify):* PACCAR INC., a Delaware Corporation

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 5/9/14

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Legal
Solutions

Code of Civil Procedure §§ 412.20, 465

1   Harry S. Kaloustian, Esq. (SBN 219679)
    **KALOUSTIAN & ASSOCIATES**
2   21031 Ventura Boulevard, Ste. 410
    Woodland Hills, CA 91364
3   Tel: (818) 594-0739
    Fax: (818) 594-0852
4
    Tigran Khatchatrian (SBN 254319)
5   **KHATCHATRIAN & ASSOCIATES**
    701 N. Brand Boulevard, Ste. 280
6   Glendale, CA 91203
    Tel: (818) 247-7717
7   Fax: (818) 247-7719

8   Attorneys for Plaintiff ARTAK SARGSYAN

9

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County Of Los Angeles

MAR 20 2014

Sherri R. Carter, Executive Officer/Clerk
By: Amber Hayes, Deputy

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11            FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

12                                                          BC540050

13  ARTAK SARGSYAN, an individual;          ) Case No.:
                                            )
14             Plaintiff,                   ) COMPLAINT:
                                            )
15                                          ) 1. BREACH OF WRITTEN CONTRACT;
16       vs.                                ) 2. REVOCATION OF ACCEPTANCE;
                                            ) 3. RESCISSION;
17                                          ) 4. BREACH OF EXPRESS WARRANTY;
    PACCAR INC., a Delaware Corporation d/b/a ) 5. BREACH OF IMPLIED WARRANTY OF
18  Kenworth Truck Company; and DOES 1 to 50,)    MERCHANTIBILITY.
    inclusive;                              )
19                                          ) UNLIMITED JURISDICTION
                                            ) [Amount demanded exceeds $25,000]
20             Defendants.                   )
                                            ) **JURY TRIAL DEMANDED**
21                                          )
                                            )
22                                          )
                                            )
23                                          )

24  ─────────────────────────────

25      **PLAINTIFF ARTAK SARGSYAN hereby alleges and complains as follows:**

26      <u>GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION</u>

27      1.     Plaintiff ARTAK SARGSYAN is an individual and at all relevant times was and

28  is a resident of Los Angeles County, State of California.

                                    - 1 -

2.    Defendant PACCAR INC. is a Delaware Corporation authorized to do business in the State of California and at all times relevant hereto, was engaged in the manufacture, sale distribution and/or importing of Kenworth motor vehicles and related equipment, and was doing business in the City of Los Angeles, County of Los Angeles, California as Kenworth Truck Company (hereinafter referred to as "Kenworth").

3.    The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants, Does 1 through 50, inclusive, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to set forth their true names and capacities when they have ascertained them. Further, Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as a "Doe" is responsible in some manner for the events and happenings herein referred to and caused injury and damage to Plaintiff as herein alleged.

4.    On or about February 22, 2012, Plaintiff purchased a new 2012 Kenworth T660, VIN 1XKAD49X7CJ299456, (hereinafter referred to as "Vehicle") which was manufactured by Kenworth for a total consideration of $123,446.43. A true and correct copy of the Sales Agreement is attached as **Exhibit "A"** and incorporated herein by this reference.

5.    Along with the purchase of the Vehicle, Plaintiff received written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties from Kenworth. The warranties provided that Kenworth would repair or adjust all parts found to be defective in factory-supplied materials or workmanship. The warranties provided 1 year / 100,000 miles of coverage under the basic vehicle warranty. The warranties also provided 3 years / 300,000 miles of coverage under the major component warranty. Various other warranty coverages were also available under the limited warranty. A true and correct copy of the limited warranty is attached as **Exhibit "B"** and incorporated herein by this reference and is hereinafter referred to as the "Kenworth warranty."

6.    The limited warranties, given by Kenworth and adopted by its repair facilities created a contractual relationship between Kenworth, is authorized repair facilities and Plaintiff. The Kenworth warranty allowed Plaintiff to utilize any Kenworth authorized repair facility to

address any defects or nonconformities with the Vehicle.  Performance under the Kenworth warranty was required in Los Angeles County and in fact, Plaintiff sought performance from a Kenworth authorized repair facility on several occasions in Montebello, CA.

7.     Plaintiff has taken the Vehicle to the Kenworth's authorized agents/dealers, including Seller, on several separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities on numerous days. A true and correct copy of the Repair Orders history is attached as **Exhibit "C"** and incorporated herein by this reference. By way of example, and not by way of limitation, the defects and/or nonconformities with Plaintiff's Vehicle include the following:

| Dates of Service | Location of Service | Complaints |
|---|---|---|
| March 15, 2012 **1 Day in Service** **Mileage in 2,876** | Inland Kenworth Inc. Inland Paclease Montebello, CA | Align Driver Door. |
| June 4, 2012 **1 Day in Service** **Mileage in 18,101** | Inland Kenworth Inc. Inland Paclease Montebello, CA | Truck Surges While Under A Load. Turbo Cuts In And Out. |
| July 5, 2012 – July 6, 2012 **2 Days in Service** **Mileage in 27,666** | Inland Kenworth Inc. Inland Paclease Montebello, CA | Fan Blade Broken, Tail Lights Are Always On. |
| September 14, 2012 **1 Day in Service** **Mileage in 51,916** | Kenworth Sales Company West Valley City, UT | While Taking Off From A Stop Engine Seems To Jerk. When Engine Cold In The AM There Was White Smoke Coming From Below Behind Turbo. Cruise Will Not Stay Set. Flashing Light Switch On Steering Wheel Not Working. |

COMPLAINT FOR DAMAGES

| | | When Key Is Off And Door Open Dash Lights Seem Dim. |
|---|---|---|
| October 15, 2012 – October 24, 2012<br><br><br>**10 Days in Service**<br><br><br><br>**Mileage in 58,815** | Inland Kenworth Inc. Inland Paclease<br>Fontana, CA | Driver's Side Door Was Adjusted Twice And Still Hears And Feels Wind Above 45 MPH. DPF Service Light Is On And Injector #1 Failure Comes Up On Display. When Driver's Door Is Open The Tail Lights Dim. When Loaded Getting On The Freeway, The Unit Surges. It Starts To Heat Up Quickly And The Turbo Boost Pressure Drops To Zero. It Blows Weak In The Cab. Turbo Flex Pipe Is Cracked. High Beam Headlight Switch On Steering Wheel Inoperable. Loud Ticking Noise From Passenger Side Only In The AM. Replace Rear Mud Flaps. |
| December 12, 2012<br>**1 Day in Service**<br><br>**Mileage in 74,112** | Inland Kenworth Inc. Inland Paclease<br>Montebello, CA | Replace Door Sills On Driver Door. |

- 4 -

COMPLAINT FOR DAMAGES

| | | |
|---|---|---|
| January 9, 2013 – January 15, 2013<br>**7 Days in Service**<br><br>**Mileage in 83,394** | Inland Kenworth Inc. Inland Paclease<br>Fontana, CA | AC Blows Hot In Cab Also Hot And Cold Knobs Not Closing Properly. Front End Suspension Complaint - Tires Are Wearing Unevenly. |
| April 4, 2013 – April 5, 2013<br>**2 Days in Service**<br><br>**Mileage in 108,243** | Inland Kenworth Inc. Inland Paclease<br>Montebello, CA | Oil Consumption 1 Gallon Every 12000. Coolant Loss Possible At Heater Valve. 5th Wheel Adjustment. Door Adjustment. ABS Light On. |

8.    This action arises out of Defendants' misrepresentations, various breaches of warranties, and violations of statutes hereinafter alleged.

9.    The amount in controversy exceeds TWENTY FIVE THOUSAND DOLLARS ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendants, together with equitable relief. In addition, Plaintiff seeks damages including interests, costs, and actual attorney's fees.

## FIRST CAUSE OF ACTION
### (Breach of Written Contract - Against All Defendants)

10.    Plaintiff realleges each and every paragraph (1-9) and incorporates them by this reference as through fully set forth herein.

11.    Along with the purchase of the Vehicle, Plaintiff received written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties from Kenworth. The warranties provided that Kenworth would repair or adjust all parts found to be defective in factory-supplied materials or workmanship. The warranties provided 1 year / 100,000 miles of coverage under the basic vehicle warranty. The warranties also provided 3 years / 300,000 miles of coverage under the major component warranty. Various

1  other warranty coverages were also available under the limited warranty.  The limited warranties

2  provided that Kenworth and its authorized repair facilities would repair or adjust all parts found

3  to be defective in factory-supplied materials or workmanship.

4       12.     The limited warranties, given by Kenworth and adopted by its authorized repair

5  facilities when Kenworth and/or its authorized repair facilities serviced and repaired the Vehicle

6  created a contractual relationship between Kenworth, its authorized repair facilities and Plaintiff.

7       13.     Kenworth and its authorized repair facilities have breached the expressed limited

8  warranty contract in that they have failed to repair or adjust defective parts covered under the

9  limited warranty, failing to do so within the limited warranty coverage period, and within a

10  reasonable time and reasonable opportunities to do so.

11       14.     As a direct result of the acts and/or omissions of Defendants, and each of them,

12  Plaintiff is entitled to the following: (1) A declaration that they receive a replacement Vehicle, or

13  restitution of the amount actually paid or payable under the contract, at Plaintiff's option; (2)

14  Damages incurred by Plaintiff created by Defendants' breach of contract, including all monies

15  paid for the purchase of the Vehicle; (3) Return of an amount equal to Plaintiff's down payment

16  and all payments made by Plaintiff to the Defendants; (4) For incidental, consequential,

17  exemplary and actual damages; (5) Costs and expenses; (6) Prejudgment interest at the legal rate;

18  and (7) Such other relief the Court deems appropriate.

19

20                    **SECOND CAUSE OF ACTION**

21            **(Revocation of Acceptance - Against All Defendants)**

22       15.     Plaintiff realleges each and every paragraph (1-14) and incorporates them by this

23  reference as though fully set forth herein.

24       16.     Plaintiff accepted the Vehicle without discovering the above defects due to the

25  fact Plaintiff was reasonably induced to accept the Vehicle by the difficulty of discovery of the

26  above defects.

27       17.     In the alternative, Plaintiff reasonably assumed, and Kenworth represented, that

28  all if the aforesaid defects and/or nonconformities would be cured within a reasonable time.

- 6 -

18.     After numerous attempts by Defendants to cure, it has become apparent the nonconformities could not be timely and/or reasonably cured.

19.     The nonconformities substantially impaired the value of the Vehicle to the Plaintiff.  Plaintiff has been deprived of the use of the Vehicle for an inordinate number of days over the course of eight (8) repair visits.

20.     Plaintiff had previously notified Kenworth of the nonconformities and Plaintiff's intent to revoke acceptance pursuant to California Commercial Code §2608.

21.     Kenworth has nevertheless refused to accept return of the Vehicle and has refused to refund any part of the sum equal to the purchase price and out-of-pocket expenses incurred by Plaintiff.

22.     As a direct result of Kenworth's acts and/or omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to judgment against Kenworth, declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance, for a refund of the purchase price paid by Plaintiff for the Vehicle, for cancellation of Plaintiff's retail installment contract and for payment in full to the creditor on the balance of the installment contract, for consequential, incidental and actual damages, costs, expenses, and prejudgment interest at the legal rate, and such other relief the Court deems appropriate.

### THIRD CAUSE OF ACTION

### (Rescission - Against All Defendants)

23.     Plaintiff realleges each and every paragraph (1-22) and incorporates them by this reference as though fully set forth herein.

24.     The Kenworth warranty accompanied the delivery of the Vehicle to Plaintiff. The Kenworth warranty provided that Kenworth and/or its authorized repair facilities would repair or adjust all parts found to be defective in factory-supplied materials or workmanship.

25.     The limited warranties, given by Kenworth and its authorized repair facilities, when Kenworth and/or its authorized repair facilities serviced and repaired the Vehicle, created a

1    contractual relationship between the Kenworth and its authorized repair facilities and Plaintiff.

2        26.    Kenworth has breached the Kenworth warranty in that it has failed to repair or

3    adjust defective parts covered under the Kenworth warranty, has failed to do the same within the

4    Kenworth warranty's coverage periods and within a reasonable time.

5        27.    The acts and/or omissions of Kenworth have resulted in a failure of consideration

6    justifying the rescission of the contract.

7        28.    Without a judicial declaration that the contract has been rescinded, Plaintiff will

8    suffer irreparable and substantial harm if the consideration paid by Plaintiff and damages

9    sustained by Plaintiff, are not restored.

10       29.    As a direct result of Kenworth's and/or its authorized repair facilities' acts and/or

11   omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to a

12   judgment and the following relief against all Defendants:

13       (1) Rescission of the purchase and retail installment contract by refunding all monies paid

14   by Plaintiffs, terminating the retail installment contract, requiring Defendants to pay off the

15   balance of the contract and ordering Plaintiff to return the Vehicle to the Defendants; (2)

16   Damages incurred by Plaintiff created by Defendants' breach of contract, including all monies

17   paid equal for the purchase of the Vehicle; (3) Return of an amount equal to Plaintiff's down

18   payment and all payments made by Plaintiff to the Defendants; (4) For incidental, consequential,

19   exemplary and actual damages; (5) Costs and expenses; (6) Prejudgment interest at the legal rate;

20   and (7) such other relief the Court deems appropriate.

21

22                          **FOURTH CAUSE OF ACTION**

23              **(Breach of Express Warranty - Against All Defendants)**

24       30.    Plaintiff realleges each and every paragraph (1-29) and incorporates them by this

25   reference as though fully set forth herein.

26       31.    Plaintiff is a "Buyer" under the California Commercial Code §2103 (a).

27       32.    Kenworth is a "Merchant" under the California Commercial Code §2104 (1).

28       33.    The Vehicle constitutes "Goods" under the California Commercial Code §2105.

                                  - 8 -

34.     This is a "Transaction in Goods," to which California Commercial Code §2102, 2105 are applicable.

35.     Plaintiff's purchase of the Vehicle was accompanied by the Kenworth warranty, written and otherwise, offered by Kenworth. Whereby said warranties were part of the basis of the bargain of the contract, upon which Plaintiff relied, between Plaintiff and Kenworth for its purchase of the Vehicle.

36.     In the express warranties, Kenworth warranted if any defects were discovered within certain periods of time, Kenworth and/or its authorized repair facilities would provide repair of the Vehicle free of charge of Plaintiff under specific terms as stated in the express warranty.

37.     In fact, Plaintiff discovered the Vehicle had defects and problems after Plaintiff purchased the Vehicle as discussed above.

38.     Plaintiff notified Kenworth and/or its authorized repair facilities of the aforementioned defects.

39.     Plaintiff has provided Kenworth with sufficient opportunities to repair or replace the Vehicle.

40.     Plaintiff has reasonably met all obligations and pre-conditions as provided in the Kenworth warranty.

41.     Kenworth and/or its authorized repair facilities have failed to adequately repair the Vehicle and/or have not repaired the Vehicle in a timely fashion, and the Vehicle remains in defective condition.

42.     Even though the Kenworth warranty provided to Plaintiff limited Plaintiff's remedy to repair and/or adjustment of defective parts, the warranty failed of its essential purpose pursuant to California Commercial Code §2719 (2); and/or the above remedy is not the exclusive remedy under California Commercial Code §§2719 (1) (b).

43.     The Vehicle continues to contain defects which substantially impair the value of the Vehicle to the Plaintiff.

///

44. These defects could not reasonably have been discovered by the Plaintiff prior to Plaintiff's acceptance of the Vehicle.

45. Kenworth induced Plaintiff's acceptance of the Vehicle by agreeing, by means of the Kenworth warranty, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance.

46. As a result of its many defects, the Plaintiff has lost faith and confidence in the Vehicle and the Plaintiff cannot reasonably rely upon the Vehicle for the ordinary purpose of sale, efficient and safe transportation and use of the Vehicle in professional settings.

47. If the finder of fact finds revocation and/or rejection was improper, then, in the alternative, Plaintiff alleges that as of the date of revocation, the Vehicle was in substantially the same condition as at delivery, except for damage caused by its own defects and ordinary wear and tear. Therefore, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted.

48. Kenworth has refused Plaintiff's demands and has refused to provide Plaintiff with the remedies to which Plaintiff is entitled pursuant to California Commercial Code §§2313, 2711, 2714 and 2715.

49. As a direct result of Kenworth's acts and/or omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to judgment against Kenworth declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance, or a refund of the purchase price paid by Plaintiff for the Vehicle, for cancellation of Plaintiff's retail installment contract and payment in full of the balance of the installment contract by Kenworth, for incidental, consequential, and actual damages, for costs, expenses, prejudgment interest at the legal rate, and for such other relief the Court deems appropriate.

///

///

///

COMPLAINT FOR DAMAGES

## FIFTH CAUSE OF ACTION

### (Breach of Implied Warranty of Merchantability - Against All Defendants)

50.     Plaintiff realleges each and every paragraph (1-49) and incorporates them by this reference as though fully set forth herein.

51.     Kenworth is a "Merchant" with respect to Vehicles under the California Commercial Code §2104 (1).

52.     The Vehicle was subject to implied warranties of merchantability under California Commercial Code §2314, running from Kenworth to the benefit of Plaintiff.

53.     The Vehicle was not fit for the ordinary purpose for which such goods are used.

54.     The defects and problems herein above described rendered the Vehicle unmerchantable.

55.     Kenworth and/or its authorized repair facilities failed to adequately remedy the defects in the Vehicle; and the Vehicle continues to be in an unmerchantable condition at the time of revocation.

56.     As a direct result of Kenworth's acts and/or omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to judgment against Kenworth declaring acceptance has been properly revoked and for damages incurred in revoking acceptance, for damages occasioned by the breach of the implied warranty, for a refund of the purchase price paid by Plaintiff for the Vehicle, for cancellation of Plaintiff's installment contract and payment in full by Seller and/or Kenworth of the balance of the installment contract, for consequential, incidental, and actual damages, costs, expenses, prejudgment interest at the legal rate, and such other relief as the Court deems appropriate.

**WHEREFORE**, Plaintiff prays for judgment against all Defendants and each of them, as follows:

A.  For Actual damages incurred by Plaintiff created by Defendants' acts and/or omissions in an amount to be proved at trial;

B.  For incidental damages in an amount to be proved at trial;

C. For consequential damages in an amount to be proved at trial;

D. For return of an amount equal to Plaintiff's down payment and all payments made by Plaintiff to the Defendants and/or to other parties under the installment contract for purchase;

E. For an order of Restitution;

F. For an order of Restitution re: the purchase agreement and retail installment contract requiring Defendants and each of them refund all monies paid by Plaintiff, and additionally terminating the retail installment contract, requiring Defendants to pay off the balance of the contract and ordering Plaintiff to return the Vehicle to the Defendants;

G. For costs of suit and expenses;

H. For pre-judgment interest at the legal rate; and

I. Such other relief the Court deems appropriate.

DATED: March 19, 2014                           KALOUSTIAN & ASSOCIATES


Harry S. Kaloustian, Esq., Attorneys for
Plaintiff, ARTAK SARGSYAN

COMPLAINT FOR DAMAGES

EX. A.



## Eastern Michigan Kenworth
### Clinton Twp. • Dearborn
3031 Wyoming Avenue • Dearborn, MI 48120 • P (313) 842-3000 • F (313) 842-3569

| | |
|---|---|
| Invoice: | 481 |
| Invoice Date: | 02/22/2012 |
| Branch: | Dearborn |
| Department: | NEW TRUCKS |

**Sold-To:**

ARTAK SARGSYAN
1030 E PALMER AVE #4
GLENDALE, CA 91205-3600

**Ship-To:**

ARTAK SARGSYAN
1030 E PALMER AVE #4
GLENDALE, CA 91205-3500

ID: E95184

Salesperson: Bob Sneddon

+SOLD UNIT(S)
Stock Number: K5031      Make: Kenworth      Price: $123,446.43
VIN: 1XKAD49X7CJ299456    Year: 2012
                          Model: T660

To be licensed/titled in CA

| | |
|---|---|
| Sales Tax Exempt: | 0.00 |
| In-Transit Fee: | 10.00 |
| Total FET: | 14,543.57 |
| Customer Down Payment: | (58,000.00) |

| **Balance Due:** | 580,000.00 |
|---|---|

*Balance Due does not include $500.00 Wells Fargo Doc Fee that customer is financing.

First Secured Interest:
   Wells Fargo Equipment Finance, Inc.
   733 Marquette Ave, Suite 700
   Minneapolis, MN 55402

Remit Balance Due To:
   EASTERN MICHIGAN KENWORTH
   3031 WYOMING AVENUE
   DEARBORN, MI 48120

STATE OF MICHIGAN

APPLICATION FOR MICHIGAN TITLE & REGISTRATION
STATEMENT OF VEHICLE SALE

DEPARTMENT OF STATE

Purchase Date 02/23/12

Delivery Date 02/23/12

Invoice/Stock No. K-5031

Tag/Stock No. 481

Dealer EASTERN MICHIGAN KENWORTH, INC.

Address 3031 WYOMING ST

City DEARBORN

County WAYNE   State MICHIGAN   Zip Code 48120

Dealer License A003062   Sales Tax License 20-2275657   Phone Number (313) 842-3000

Vehicle Sold: New ☐ Used ☑ Demo ☐   Trade-In: Yes ☐ No ☑

Trade-In Year   Make   Vehicle No.

**TEMPORARY VEHICLE REGISTRATION**
USED TO TRANSFER PLATES

Plate transferred from   Make IN-TRANSIT

Vehicle No.   Plate No.   Temp. Expiration Date

**VEHICLE USE AND HISTORY DISCLOSURE**
☐ POLICE VEHICLE   ☐ VEHICLE HAS BEEN FLOOD DAMAGED
☐ GOVERNMENT VEHICLE   ☐ SALVAGE TITLE HAS PREVIOUSLY BEEN ISSUED
☐ TAXI

**ODOMETER MILEAGE**   EXEMPT   NO TENTHS

☐ actual mileage   ☐ not actual mileage   ☐ exceeds mechanical limits of odometer

Factory Installed Accessories   ☑ Factory List Affixed To Vehicle

Dealer Installed Accessories When Optional to Purchaser

SALES TAX EXEMPT. NON-TAXABLE CHARGES
INCLUDE F.E.T. IN THE AMOUNT OF $14,543.57

REMARKS:
IN-TRANSIT MCO# KE-609586 TO BE LICENSED
AND TITLED IN THE STATE OF CALIFORNIA.

Year 2012   Make KENWORTH   Body Style TRACTOR   County 84

Vehicle No. 1XKAD49X7CJ299456   Reg. Gross Weight 10,00

Driver License Number of All Owners or Lessees
County of Residence FOREIGN

Complete Names and Addresses of All Owners or Lessees
ARTAK SARGSYAN
1030 E PALMER AVE #4
GLENDALE, CA 91205-3500

Complete Names and Addresses of All Lessees

Total - Transfers to 84   10,00

Insurance Company

First Secured WELLS FARGO EQUIPMENT FINANCE
Address 733 MARQUETTE AVE, SUITE 700
City State Zip MINNEAPOLIS, MN 55402

Second Secured
Address
City State Zip

| | | |
|---|---|---|
| 1. PURCHASE PRICE OF VEHICLE | | 123,446.43 |
| 2. OTHER TAXABLE CHARGES | | 0.00 |
| 3. TOTAL TAXABLE PRICE | | 123,446.43 |
| 4. (Above Used) SALES TAX - LICENSE - TITLE | | 10.00 |
| 5. NON-TAXABLE CHARGES (Labor, Service Contract, Etc) | | 14,543.57 |
| 6. TOTAL DELIVERED PRICE | | 138,000.00 |
| 7. CASH ON DEPOSIT | | 58,000.00 |
| 8. CASH DUE ON DELIVERY | | 80,000.00 |
| 9. TRADE-IN | $ | |
| 10. LESS LIEN | $ | |
| 11. TOTAL DOWN PAYMENT | | |
| 12. UNPAID BALANCE TO BE FINANCED | | |
| 13. INSURANCE CHARGE | | |
| 14. TOTAL AMOUNT OF FINANCE CONTRACT | | |

TYPE OF INSURANCE
WARNING: This insurance is not PL/PD No-Fault insurance required by Michigan Law.
☐ CREDIT LIFE   ☐ HEALTH & ACCIDENT
☐ GAP INSURANCE

Temporary Registration No. N/A   Temporary Fee Charged: Yes ☐ No ☑

Salesperson Bob Sneddon - 731

Kathryn Ruginis   AGENT
Dealer Signature   Title

**PURCHASER WARNING: DO NOT SIGN BLANK FORM**

THIS FORM MUST BE TYPED ONLY.



Warranty     K5031  4 of 1                                          Page 1 of 4

Kenworth Truck Company Warranty Agreement (CAT 2528) revision 11/09              Page 1 of 3

# KENWORTH TRUCK COMPANY LIMITED WARRANTY AGREEMENT
## Class 8 Standard Service (On-Highway) Warranty
### UNITED STATES

THIS LIMITED WARRANTY AGREEMENT ("AGREEMENT") LISTS THE RESPECTIVE RIGHTS AND RESPONSIBILITIES OF YOU, KENWORTH TRUCK COMPANY ("KENWORTH"), AND THE SELLING KENWORTH DEALER ("SELLING DEALER"). PLEASE READ THIS LIMITED WARRANTY CAREFULLY.

Kenworth warrants directly to you that the Kenworth vehicle ("Vehicle") identified below will be free from defects in materials and factory workmanship ("Warrantable Failures") appearing under normal commercial use and service during the time or mileage limitations set forth in the attached Warranty Schedule (dated 11/09). The Vehicle warranty extends only to you, the First Purchaser.

YOUR SOLE AND EXCLUSIVE REMEDY AGAINST KENWORTH AND THE SELLING DEALER ARISING FROM YOUR PURCHASE AND USE OF THIS VEHICLE IS LIMITED TO THE REPAIR OR REPLACEMENT OF WARRANTABLE FAILURES AT AUTHORIZED UNITED STATES AND CANADIAN KENWORTH DEALERS, SUBJECT TO KENWORTH'S TIME AND MILEAGE LIMITATIONS LISTED IN THE ATTACHED VEHICLE ONLY WARRANTY SCHEDULE. The maximum time and mileage limitations in the Warranty Schedule begin on the Date of Delivery to the First Purchaser, as shown below. The accrued time and mileage is calculated when this Vehicle is brought into an Authorized Dealer for correction of Warrantable Failures.

## WARRANTY DISCLAIMER AND LIMITATIONS OF LIABILITY

This limited warranty is the sole warranty made by Kenworth and the Selling Dealer. Except for the above limited warranty, Kenworth and the Selling Dealer make no other warranties, express or implied. KENWORTH AND THE SELLING DEALER EXPRESSLY DISCLAIM ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IT IS AGREED THAT KENWORTH AND THE SELLING DEALER SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO: LOSS OF INCOME OR LOST PROFITS; VEHICLE DOWNTIME; THIRD PARTY DAMAGE, INCLUDING DAMAGE OR LOSS TO OTHER VEHICLES OR PROPERTY, ATTACHMENTS, TRAILERS AND CARGO; LOSS OR DAMAGE TO PERSONAL CONTENTS; COMMUNICATION EXPENSES; LODGING AND/OR MEAL EXPENSES; FINES; APPLICABLE TAXES OR BUSINESS COSTS OR LOSSES; ATTORNEY'S FEES; AND ANY LIABILITY YOU MAY HAVE IN RESPECT TO ANY OTHER PERSON OR ENTITY.

The following components may be warranted directly to you by their respective manufacturers and are NOT warranted by Kenworth: engine and engine accessories, Allison automatic transmission, fifth wheel, tires, wheels and rims, tubes, brake hose, brake batteries not listed in the Vehicle Schedule, trade accessories (such as fire extinguishers, chains, emergency kits and tools), and items not installed by the Kenworth factory at the time of the Vehicle's manufacture.

Kenworth does not warrant antifreeze, lubricants, bulbs, fuses, filters, mud-flaps, winter front, wiper nozzles, wiper blades, filter elements, or any other part which is considered a maintenance item.

You are responsible for the safe operation and maintenance of the Vehicle, as specified in the applicable Operator's Manuals. You are responsible for providing proof that all recommended inspections and maintenance have been performed. Before the expiration of the applicable warranty, you must notify an Authorized Dealer of any Warrantable Failures and make the Vehicle available for repair by such Authorized Dealer. You are responsible for delivery of the Vehicle to the Authorized Dealer. Locations in the United States and Canada of authorized Kenworth dealers may be found on WWW.KENWORTH.COM.

KENWORTH IS NOT RESPONSIBLE FOR WEAR AND TEAR OR WEAR OUT OF COVERED PARTS, storage deterioration, or changes in adjustment resulting from your use of the Vehicle. This includes, but is not limited to, wear or damage to brake and clutch linings, clutch brake, belts, upholstery, wheel balancing or axle alignment. This list is offered only as an example and shall not be construed as all inclusive.

Kenworth does not warrant metallic chassis (frame) paint. Kenworth is not responsible for paint chipping or fading, peeling paint from frame bolts relating to maintenance, paint peeling from road chemical or salt damage, or corrosion caused by damage to a cab, hood, or sleeper panel or to finish paint.

Damage due to accident, misuse, abuse, neglect, negligence, improper or insufficient maintenance, or unauthorized modification is not warranted.

All warranties are null and void should a Vehicle be converted to a motor coach, motor home, or recreational vehicle.

Vibrations, squeaks, loose-fitting and hose leaks, unusual noises, rattles, loose nuts/bolts and hose/electrical connections can develop during the early use of the vehicle. Kenworth will make the necessary adjustments under warranty up to the earlier of the first 25,000 miles or the first 90 days after the Date of Delivery.

Parts used to repair a Warrantable Failure may be new parts, approved remanufactured parts, or repaired parts. Kenworth is not responsible for failures resulting from the use of parts not approved by Kenworth. A new or approved remanufactured part used to repair a Warrantable Failure assumes the identity of the part it has replaced and is entitled to the remaining warranty coverage, if any.

1XKAD49X7CJ289456

Chassis Number(s) (17-digit VIN)                                     Customer Initials  CB

Warranty

Kenworth Truck Company Warranty Agreement (CAT 2523) revision 11/09

Kenworth is not responsible for towing or roadside assistance should there be a defect in the Vehicle. Kenworth is not responsible for damage or loss resulting from engine horsepower/torque upgrades.

Kenworth reserves the right to inspect and download data from the Vehicle and Engine Electronic Control Modules (ECM) for purposes of failure analysis.

## TIME LIMIT ON COMMENCING LEGAL ACTION / OTHER TERMS

It is agreed that you have 12 months from the accrual of the cause of action to commence any legal action arising from the purchase or use of the Vehicle, or be barred forever.

To the extent any provision of this limited warranty is found to contravene the law of any jurisdiction, the remainder of the warranty shall not be affected thereby.

KENWORTH TRUCK COMPANY

By: _____
National Warranty Manager

Date of Sale: __2/23/2012__

Date of Delivery to First Purchaser:   February 23, 2012

Dealer
Name/Code:   Eastern Michigan Kenworth / E580

City, State:   Dearborn, MI

By: _____
Authorized Dealer Representative/Title

I, the undersigned have read the above limited warranty agreement including the attached schedules and understand and accept its terms and acknowledge receipt of a copy of the agreement (3 pages).

X _____   Date: _02-23-12_
First Purchaser's Signature

Optional Extended Limited Vehicle Coverage:                    Customer Initials _SA_

I, the above signed, have elected not to purchase an optional extended limited Vehicle coverage at this time on the Vehicle(s) covered by this document.

Reference:   SARGSYAN, ARTAK
First Purchaser's Name (Company or Individual)

Contact Name:   ARTAK SARGSYAN

Mailing Address:   1030 E PALMER AVE #4

GLENDALE, CA 91205-3500 USA

The following pre-delivery items are to be performed by the dealer at the time of the vehicle delivery. Sign off each item as verification that it was performed.

[✓] Review Operation & Service Manual with customer.
[✓] Explain and demonstrate vehicle accessory operation to customer.
[✓] Explain maintenance program to customer.
[✓] Re-Explain Kenworth Warranty to customer.          Dealers Initials: _KPL_

Kenworth Truck Company
A DIVISION OF PACCAR
P.O. Box 1000
Kirkland, WA  98083-1000

1XKAD40X7CJ299458

Chassis Number(s) (17-digit VIN)

Customer Initials _SA_

Kenworth Truck Company Warranty Agreem.   CAT 2528) revision 11/09                     Page  3  of  3

# KENWORTH TRUCK COMPANY
## Class 8 Standard Service (On-Highway) Warranty Schedule
## UNITED STATES
## VEHICLE ONLY

THIS VEHICLE WARRANTY SCHEDULE APPLIES ONLY TO ORIGINAL FACTORY EQUIPMENT AND IS SUBJECT TO THE TERMS AND LIMITATIONS IN THE ATTACHED LIMITED WARRANTY AGREEMENT. Pursuant to the terms of the attached Limited Warranty Agreement, Kenworth Truck Company will pay warranty claims for Warrantable Failures within the following maximum limits in time or mileage, whichever shall occur first. The Warrantable Failure must be brought to the attention of an Authorized Dealer within 30 days of discovery.

| | MONTHS | MILES |
|---|---|---|
| **Basic Vehicle**<br>This coverage applies to the basic highway Vehicle, except for additional coverage and warranty exclusions. | 12 | 100,000 |
| **Major Components**<br>Eaton, Meritor & Dana Spicer front axle (beam, spindles, kingpin & kingpin bushings, steering arm, tie rod & tie rod arms).<br>Eaton, Meritor & Dana Spicer rear axle, differential assembly, axle shafts & axle housing.<br>Manual transmissions<br>Eaton Auto Shift transmission<br>Bendix and Meritor brakes, brackets, cam shafts, spiders and slack adjusters (excludes Air Disc Brakes).<br>Structural components of the cab, hood, hood half fenders, and sleeper. | 36 | 300,000 |
| **Frame, Gussets, Crossmembers and Cab Corrosion**<br>Frame rails, gussets, and crossmembers.<br>Cab, hood, and sleeper perforation caused by corrosion from within.  This warranty does not apply to corrosion caused by damage to a cab, hood, and sleeper panel or to finish paint. | 60 | 500,000 |
| **Other Coverage** | | |
| PACCAR Batteries | 12 | 100,000 |
| Gaskets and Wheel Seals | 12 | 50,000 |
| Cab, Hood & Sleeper Paint | 12 | 100,000 |
| Frame Paint – Black only | 12 | 100,000 |
| Frame Paint – All colors other than black | 6 | 50,000 |
| Frame Paint – Logger, Mixer, Dump, Refuse, Oil Field & Construction applications | 3 | 25,000 |

1XKAD49X7CJ299456

Chassis Number(s) (17-digit VIN)

Customer Initials _SA_

Kenworth Truck Company Warranty Agreement   (CAT 2528) revision 11/09

# KENWORTH TRUCK COMPANY
## Change of Address Form

Important: If the vehicles covered by this agreement change ownership or the Original Owner has a change or correction to their address, please complete this form, notifying Kenworth of the change.  This is needed for Federal Recall Campaigns should a vehicle be involved.

Complete this form and return it to Kenworth Truck Company, P.O. Box 1000, Kirkland, WA 98083-1000, Attn: Warranty Dept.

**Address Information**

Company/Contact:

Old Mailing Address:

Old City:

Old State/Zip:

New Mailing Address:

New City:

New State/Zip:

Phone number:

Email address:

| Chassis Number(s) | Date Purchased |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |



# INLAND KENWORTH (US) INC
## INLAND PACLEASE

**REPRINT CUSTOMER INVOICE**

Member of **THE INLAND GROUP**

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

03-15-12

REPAIR ORDER NUMBER
>>>> MS74360 <<<<

| | |
|---|---|
| CUSTOMER NAME | NUMBER      300100 |
| LA CASH SALE - TAXABLE | PHONE       818 935-3333 |
| A&S EXPRESS | P.O. NO. |
| | COMPLETE 03-15-12 |

DATE   03-15-12 14:20
SVC WTR   CM *AM

SERIAL NO.   299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO     ARTAK SARGSYAN

UNIT NO.  J299456

DEL DATE 02-23-12

MILEAGE  2876
LICENSE
CPL/ARRG
R RATIO

DEL MILE

---

1   ALIGN DRIVER DOOR
    ADJUSTED DOORS AS NEEDED.
    002-017-001
    002-301 0.5
    110

>> WARRANTY PENDING <<

---

PLEASE PAY THIS TOTAL          0.00

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
RECEIVED BY :

PHOENIX          (602) 258-7701
1521 NORTH 59th AVE, AZ 85042
TUCSON           (520) 888-0028
3737 N. 110 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERUE       (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON       (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES      (323) 278-4100
1600 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA          (909) 823-8855
8730 CHERRY AVE, CA 92335

WHITEHORSE       (807) 988-2127
227 RANGE ROAD, Y1A 3E6

PRINCE GEORGE    (250) 562-8172
1995 QUINN ST., V2N 2X2
PENTICTON        (250) 492-3939
1890 FAIRVIEW RD., V2A 6A8
KAMLOOPS         (250) 374-4406
685 NOTRE DAME DR., V2C 5N8
BURNABY          (604) 291-6431
5550 GORING ST., V5G 3A4
WILLIAMS LAKE    (250) 392-7101
1590 BROADWAY AVE., V2G 2X3

QUESNEL          (250) 992-7256
3150 HWY 97 NORTH, V2J 5Y9
NANAIMO          (250) 758-5288
2474 KENWORTH RD., V9T 3Y3
PORT McNEIL      (250) 956-3347
BOX 578, 420 PIONEER HILL DR., V0N 2R0
CAMPBELL RIVER   (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK        (250) 426-6206
816 INDUSTRIAL RD, N01.1, V1C 4C6

TERRACE          (250) 635-2292
3871 HIGHWAY 16 EAST, V8G 4M2
VERNON           (250) 545-4424
1051 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN    (250) 785-6105
BOX 6340, MILE 49, ALASKA HWY.
LANGLEY          (604) 607-9308
20770 GLOUCESTER WAY, V4W 3V8
HOUSTON          (250) 845-2333
BOX 1286, 2220 N. MADINA AVE, V0J 1Z0

# INLAND KENWORTH (US) INC.

*Member of* THE INLAND GROUP

## INLAND PACLEASE

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

* COPY *   CUSTOMER INVOICE
CUSTOMER INVOICE

07-05-12

| | |
|---|---|
| NUMBER | 300100 |
| PHONE | 818 935-3333 |
| P.O. NO. | |
| COMPLETE | 06-04-12 |

>>>> MS76188 <<<<

DATE  06-04-12 07:15
SVC WTR   AM *AM

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE, CA 90205

UNIT NO. 11

MILEAGE  18101
LICENSE  VP84645
CPL/ARRG
R RATIO

SERIAL NO.  299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO     462.7 hrs
         contact:art

DEL DATE 02-23-12     DEL MILE

-------------------------------------------------------------------------

1  CHECK AND REPAIR TRUCK SURGES WHILE UNDER A LOAD. DRIVER STATES TURBO
   CUTS IN AND OUT.
   CONTROL#2779522
   CLAIM#65705

                              >> WARRANTY PENDING <<

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

            PLEASE PAY THIS TOTAL              0.00

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                          RECEIVED BY :    -------------------------------

| | | | | |
|---|---|---|---|---|
| PHOENIX      (602) 258-7781 | LOS ANGELES    (323) 278-4100 | PRINCE GEORGE    (250) 562-8172 | QUESNEL    (250) 992-7256 | TERRACE    (250) 635-2292 |
| 1021 NORTH 58th AVE, AZ 85043 | 1900 W. WASHINGTON BLVD. | 1995 QUINN ST., V2N 2X2 | 3150 HWY 97 NORTH, V2J 5Y8 | 3671 HIGHWAY 16 EAST, V8G 4A2 |
| TUCSON      (520) 888-0028 | MONTEBELLO, CA 90640 | PENTICTON    (250) 492-3939 | NANAIMO    (250) 758-5288 | VERNON    (250) 545-4424 |
| 3737 N. I10 EASTBOUND | 9730 CHERRY AVE, CA 82335 | 1880 FAIRVIEW RD., V2A 8A8 | 2474 KENWORTH RD., V9T 3Y3 | 1054 MIDDLETON WAY, V1B 2N3 |
| FRONTAGE RD, AZ 85705 | | KAMLOOPS    (250) 374-4408 | PORT McNEIL    (250) 956-3347 | FORT ST. JOHN    (250) 785-6106 |
| ALBUQUERQUE    (505) 884-0030 | | 886 NOTRE DAME DR., V2C 5N8 | BOX 576, 420 PIONEER HILL DR., V0N 2R0 | BOX 6340, MILE 49, ALASKA HWY. |
| 3120 PAN AMERICAN FREEWAY N.E. | | BURNABY    (604) 291-8431 | CAMPBELL RIVER    (250) 287-8878 | LANGLEY    (604) 607-0300 |
| NM 87107 | | 5650 GORING ST., V5C 3A4 | 2470 NORTH ISLAND HWY, V9W 2H9 | 26770 GLOUCESTER WAY, V4W 3V8 |
| FARMINGTON    (505) 327-0200 | WHITEHORSE    (867) 668-2127 | WILLIAMS LAKE    (250) 392-7101 | CRANBROOK    (250) 428-9205 | HOUSTON    (250) 845-2333 |
| 3824 BLOOMFIELD HWY, NM 87401 | 227 RANGE ROAD, Y1A 3E6 | 1580 BROADWAY AVE., V2G 2X3 | 818 INDUSTRIAL RD. NO.1, V1C 4C6 | BOX 1290, 2228 R. NADINA AVE, V0J 1Z0 |

INLAND KENWORTH (US) INC.   REPRINT CUSTOMER INVOICE

INLAND PACLEASE

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

06-06-12

REPAIR ORDER NUMBER
>>>>  MS76188  <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE, CA 90205

NUMBER    300100
PHONE     818 935-3333
P.O. NO.
COMPLETE 06-04-12

DATE  06-04-12 14:22
SVC WTR    AM *AM

SERIAL NO.  299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO    462.7 hrs
        contact:art

UNIT NO. 11

DEL DATE 02-23-12

MILEAGE   18101
LICENSE   VP84645
CPL/AREG
R RATIO

DEL MILE

-------------------------------------------------------------------

1   CHECK AND REPAIR TRUCK SURGES WHILE UNDER A LOAD. DRIVER STATES TURBO
    CUTS IN AND OUT.
    CONTROL#2779522
    CLAIM#65705
                                    >>  WARRANTY PENDING  <<

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE PAY THIS TOTAL          0.00

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                        RECEIVED BY :  -------------------------------

PHOENIX        (602) 253-7701
1021 NORTH 59th AVE, AZ 85043
TUCSON        (520) 886-0028
3737 N. 110 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE    (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON     (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES    (323) 278-4100
1800 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA        (909) 823-9955
8730 CHERRY AVE, CA 82335

WHITEHORSE
227 RANGE ROAD, Y1A 3E5     (867) 668-2127

PRINCE GEORGE    (250) 562-8172
1995 QUINN ST., V2N 2X2
PENTICTON        (250) 492-3939
1600 FAIRVIEW RD., V2A 6A8
KAMLOOPS         (250) 374-4408
885 NOTRE DAME DR., V2C 5N8
BURNABY          (604) 291-8431
5550 GORING ST., V6C 3A4
WILLIAMS LAKE    (250) 392-7101
1500 BROADWAY AVE., V2Q 2X3

QUESNEL        (250) 992-7258
3150 HWY 97 NORTH, V2J 5Y8
NANAIMO        (250) 758-5298
2474 KENWORTH RD., V9T 3Y3
PORT McNEIL    (250) 956-3340
BOX 578, 420 PIONEER HILL DR., V0N 2R0
CAMPBELL RIVER  (250) 287-8870
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK      (250) 426-8205
818 INDUSTRIAL RD. NO.1, V1C 4C8

TERRACE        (250) 635-2292
3871 HIGHWAY 16 EAST, V8G 4M2
VERNON         (250) 545-4424
1250 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN   (250) 785-6105
BOX 6340, MILE 48, ALASKA HWY.
LANGLEY        (604) 607-0300
28770 GLOUCESTER WAY, V4W 3V6
MOBSTON        (250) 546-2333
BOX 1280, 2228 N. MAGINA AVE, V0G 1Z0

# INLAND KENWORTH (US) INC REPRINT CUSTOMER INVOICE
Member of THE INLAND GROUP

# INLAND PACLEASE
1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

07-18-12

REPAIR ORDER NUMBER
>>>>  MS76963  <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE CA 90205

NUMBER     300100
PHONE      818 935-3333
P.O. NO.
COMPLETE   07-06-12

DATE  07-05-12 19:03
SVC WTR   AM *AM

SERIAL NO.   299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO   811.6 HRS
       ARTR

UNIT NO. 11

DEL DATE 02-23-12

MILEAGE  27666
LICENSE  VP84645
CPL/ARRG
R RATIO

DEL MILE

---

1  CHECK AND REPAIR FAN BLADE BROKEN.
   VERIFIED COMPALINT FOUND FAN BALDE CRACKED. DRAINED COOLANT REMOVED CO
   OLANT HOSES OUT OF THE WAY. REMOED CAC HOSES AND RADIATOR SUPPORTS. PU
   LLED OUT FAN BLADE AND INSTALLED NEW ONE ADDED COOLANT INSTALLED ALL A
   CCESS COMPOENNTS CHECKED AFTER FOUND ALL OK...
   042-003-001
   042-312 2.5
   115

        1  010023829

>> WARRANTY PENDING <<
FAN-ENGIN

2  CHECK AND REPAIR TAIL LIGHTS ALL WAYS ON
   NO PROBLEM FOUND

>> WARRANTY PENDING <<

---

PLEASE PAY THIS TOTAL          0.00

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                    RECEIVED BY : ------------------------------

| | | | | |
|---|---|---|---|---|
| PHOENIX (602) 258-7781 | LOS ANGELES (323) 278-4100 | PRINCE GEORGE (250) 562-8172 | QUESNEL (250) 992-7258 | VERNON (250) 545-4424 |
| 1021 NORTH 59th AVE, AZ 85043 | 1600 W. WASHINGTON BLVD, | 1865 QUINN ST., V2N 2X2 | 3160 HWY 97 NORTH, V2J 5Y9 | 1051 MIDDLETON WAY, V1B 2N3 |
| TUCSON (620) 888-0028 | MONTEBELLO, CA 90640 | PENTICTON (250) 492-3039 | NANAIMO (250) 758-6288 | FORT ST. JOHN (250) 785-6105 |
| 3737 N. I10 EASTBOUND | FONTANA (909) 823-8966 | 1890 FAIRVIEW RD., V2A 3A8 | 2305 NORTHFIELD ROAD, V9S 3C3 | BOX 6340, MILE 48, ALASKA HWY. |
| FRONTAGE RD, AZ 85705 | 9730 CHERRY AVE, CA 92335 | KAMLOOPS (250) 374-4408 | CAMPBELL RIVER (250) 287-9878 | LANGLEY (604) 607-0300 |
| ALBUQUERQUE (505) 884-0030 | SAN DIEGO (813) 326-1800 | 865 NOTRE DAME DR., V2C 5N8 | 2470 NORTH ISLAND HWY, V9W 2H1 | 20770 GLOUCESTER WAY, V6W 3Y8 |
| 3170 PAN AMERICAN FREEWAY N.E. | 542 N. JOHNSON AVE | BURNABY (604) 291-6431 | CRANBROOK (250) 426-6205 | WHITEHORSE (250) 845-2333 |
| NM 87107 | EL CAJON, CA 92020 | 5550 DORING ST., V5C 3A4 | 818 INDUSTRIAL RD. NO.1, V1C 4C8 | 227 RANGE ROAD, Y1A 3E5 |
| FARMINGTON (505) 327-0200 | | WILLIAMS LAKE (250) 392-7101 | | |
| 3824 BLOOMFIELD HWY, NM 87401 | | 1580 BROADWAY AVE., V2G 2X3 | | |



**Kenworth Sales Company**

2125 South Constitution Blvd.
West Valley City, UT 84119
Tel (801) 487-4161 •Toll Free (800) 222-7831
Fax (801) 412-4388

**REPAIR ORDER**
Dealer Code K340

** CUSTOMER COPY **

Customer: A AND S EXPRESS
1030 E PALMER AVE #4
GLENDALE, CA 91205

Date: SEP 14, 2012
R.O.#: 929627
P.O.#:
Acct.#: 7777

Page: 1
Written By: 0183

091456

ReleasW.O.#: 0188

Year: 2013 Make: KW    Model: T660    Serial#: CJ299456

Mileage 51916 DIS:    Phone#: 818 935 3333    Unit#: 111

OPERATION: 01

COMPLAINT:
CHECK FOR WHILE TAKING OFF FROM A STOP ENGINE SEEMS TO JERK

CORRECTION:
HOOKED UP PC CHECKED FOR FAULTS NO FAULTS IN THE ENGINE ECM
RAN TRUCK CUSTOMER COMPLANED ABOUT NOISE IN THE ENGINE RAN
TRUCK COULD NOT HEAR NOISE HE SAID THAT YOU HAVE TO GET IT
HOT RAN A REGEN STARTED TO HEAR A TICKING NOISE CHECKED OUT
FOUND COMING FROM THE FRONT OF THE ENGINE REMOVED THE FAN
BELT RAN ENGINE NO NOISE CHECKED ALL THE PULLYS FOUND NOISE
IN THE A/C COMPRESSOR CLUTCH BEARING CUSTOMER DOES NOT HAVE
TIME TO REPAIR OTHER PROBLEM WILL BE FIXED WITH THE CUMMINS
ECM CALIBRATION

PARTS LIST

| Part Number | Description | Qty | Price | Extension |
|---|---|---|---|---|
| | | | PARTS TOTAL: | |
| | | | LABOR TOTAL: | 162.00 |
| SLCSC | | | WARRANTY CREDIT TOTAL: | |
| | TAX: | | TOTAL OPERATION 01 | 162.00 |

OPERATION: 02

COMPLAINT:
CHECK FOR WHEN ENGINE COLD/IN THE AM THERE WAS WHITE SMOKE
COMING FROM BELOW/BEHIND TURBO

**PAID**

SEP 1 4 2012

**KENWORTH**

If your check is returned unpaid, your account will be debited electronically for the original amount and electronically or via paper for the state's maximum allowable service fee. Payment by check constitutes authorization of these transactions. You may revoke this authorization by calling (800) 666-5222 ext. 2 to arrange payment for any outstanding checks and service fees due.



S L C R O 92962745



**Kenworth Sales Company**

2125 South Constitution Blvd.
West Valley City, UT 84119
Tel (801) 487-4161 •Toll Free (800) 2zz-7831
Fax (801) 412-4388

**REPAIR ORDER**
Dealer Code K340

** CUSTOMER COPY **

Customer: A AND S EXPRESS
1030 E PALMER AVE #4
GLENDALE, CA 91205

Date: SEP 14, 2012
R.O.#: 929627
P.O.#:
Acct.#: 7777

Page:   2
Written By: 0183

091456

ReleasW.O.#: 0188

Year: 2013   Make: KW        Model: T660        Serial#: CJ299456

Mileage   51916   DIS:        Phone#: 818 935 3333   Unit#: 111

CORRECTION:
CORRECTION:
          NO WORK PERFORMED

                                        PARTS TOTAL:
                                        LABOR TOTAL:
                       WARRANTY CREDIT TOTAL:
                            TOTAL OPERATION 02

          TAX:

OPERATION: 03

  COMPLAINT:
          CHECKF OR CRUISE WILL NOT STAY SET

  CORRECTION:
          NO WORK PERFORMED

                                        PARTS TOTAL:
                                        LABOR TOTAL:
                            WARRANTY CREDIT TOTAL:
          TAX:                TOTAL OPERATION 03

OPERATION: 04

  COMPLAINT:
          PERFORM 1282

  CORRECTION:
          RECALIBRATED ECM FROM CL10114.12 TO .22

                       PARTS LIST    --Continued--
  Part Number        Description  Qty    Price              Extension

If your check is returned unpaid, your account will be debited electronically for the original amount and electronically or via paper for the state's maximum allowable service fee. Payment by check constitutes authorization of these transactions. You may revoke this authorization by calling (800) 666-5222 ext. 2 to arrange payment for any outstanding checks and service fees due.




S L C R O  92962745



**Kenworth Sales Company**

2125 South Constitution Blvd.
West Valley City, UT 84119
Tel (801) 487-4161 • Toll Free (800) 222-7831
Fax (801) 412-4388

**REPAIR ORDER**
Dealer Code K340

\*\* CUSTOMER COPY \*\*

Customer: A AND S EXPRESS
1030 E PALMER AVE #4
GLENDALE, CA 91205

Date: SEP 14, 2012
R.O.#: 929627
P.O.#:
Acct.#: 7777

Page: 3
Written By: 0183

091456

ReleasW.O.#: 0188

Year: 2013  Make: KW      Model: T660      Serial#: CJ299456

Mileage    51916   DIS:        Phone#: 818 935 3333   Unit#: 111

OPERATION: 04

PARTS LIST    --Continued--

| Part Number | Description | Qty | Price | Extension |
|---|---|---|---|---|
| | | | PARTS TOTAL: | 54.00 |
| | | | LABOR TOTAL: | 54.00- |
| SLCSC | | | WARRANTY CREDIT TOTAL: | |
| | TAX: | | TOTAL OPERATION 04 | |

OPERATION: 05

COMPLAINT:
CHECK FOR FLASHING LIGHT SWITCH ON STEERING WHEEL NOT WORKING
CORRECTION:
NO WORK PERFORMED

PARTS TOTAL:
LABOR TOTAL:
WARRANTY CREDIT TOTAL:
TAX:          TOTAL OPERATION 05

OPERATION: 06

COMPLAINT:
CHECK FOR WHEN KEY IS OFF AND DOOR OPEN DASHG LIGHTS SEEM DIM
CORRECTION:
NO WORK PERFORMED

If your check is returned unpaid, your account will be debited electronically for the original amount and electronically or via paper for the state's maximum allowable service fee. Payment by check constitutes authorization of these transactions. You may revoke this authorization by calling (800) 666-5222 ext. 2 to arrange payment for any outstanding checks and service fees due.

S L C R O  92962745



**Kenworth Sales Company**

2125 South Constitution Blvd.
West Valley City, UT 84119
Tel (801) 487-4161 •Toll Free (800) 222-7831
Fax (801) 412-4388

**REPAIR ORDER**
Dealer Code K340

** CUSTOMER COPY **

Customer: A AND S EXPRESS
1030 E PALMER AVE #4
GLENDALE, CA 91205

Date: SEP 14, 2012
R.O.#: 929627
P.O.#:
Acct.#: 7777

Page:   4
Written By: 0183

091456

ReleasW.O.#: 0188

Year: 2013   Make: KW        Model: T660        Serial#: CJ299456

Mileage   51916   DIS:        Phone#: 818 935 3333   Unit#: 111

PARTS TOTAL:
LABOR TOTAL:
WARRANTY CREDIT TOTAL:
TOTAL OPERATION 06

TAX:

PARTS TOTAL:
LABOR TOTAL:
WARRANTY CREDIT TOTAL:
TOTAL OPERATION 06

TAX:

Customer has read and agrees to the terms and
conditions of this repair order, including those
set forth on the reverse hereof.

| | |
|---|---:|
| Parts: | |
| Freight: | |
| Labor: | 216.00 |
| Shop Supp.: | 16.20 |
| Tax: | 12.21 |
| Env. Fee: | 5.00 |
| Sublet: | |
| Towing: | |
| Mileage: | |
| Warr. CRD.: | 54.00- |
| COUPON CRD: | |
| Amount Due: | 195.41 |

SIGNATURE
CUSTOMER SIGNATURE

If your check is returned unpaid, your account will be debited electronically for the original amount and electronically or via paper for the state's maximum allowable service fee. Payment by check constitutes authorization of these transactions. You may revoke this authorization by calling (800) 666-5222 ext. 2 to arrange payment for any outstanding checks and service fees due.



S L C R O   92962745

INLAND KENWORTH (US) INC.

**CUSTOMER INVOICE**

Member of
THE
INLAND
GROUP

**INLAND PACLEASE**
9730 Cherry Avenue, Fontana, CA 92335
(909) 823-9955

                                                                        *
                                                              10-24-12
                                                         INVOICE NUMBER
                                                    >>>>  FS69303  <<<<

CUSTOMER NAME                NUMBER    6100
FONTANA CASH ACCOUNT         PHONE     818 935-3333
A&S EXPRESS                  P.O. NO.
                             COMPLETE 10-24-12          DATE  10-15-12 13:54
                             ESTIMATE 1000              SVC WTR   RN *EM

SERIAL NO.  1XKAD49X7CJ299456    UNIT NO.              MILEAGE   58815
YEAR/MAKE/MODEL - 2012 KW T600B                        LICENSE
ENGINE/MODEL/SERL ISX15 79460818                       CPL/ARRG
TRNS/MODEL/SERL - RTLO18918B S0863943                  R RATIO
RXLS MODEL/SERL -
SELL DLR                         DEL DATE 02-23-12     DEL MILE
MEMO     DRIVER : ART 818-935-3333
         11015 / ENG HRS 1711

--------------------------------------------------------------------------

1   ***COMPLAINT***
    PERFORM COURTESY INSPECTION

    ***CAUSE***


    ***CORRECTION***
    PERFORMED COURTESY INSPECTION. NO FAULTS FOUND @ THIS TIME.

                                                                    0.00
                TOTAL LABOR


2   ***COMPLAINT***
    C&A DRIVER SIDE DOOR  * DRIVER STATES IT WAS ADJUSTED TWICE AND
    HE STILL HEARS AND FEELS WIN D ABOVE 45 MPH

    ***CAUSE***


    ***CORRECTION***



CONTINUED

PHOENIX       (802) 268-7791    LOS ANGELES        (323) 278-4100    PRINCE GEORGE   (250) 582-8172    QUESNEL        (250) 982-7258    VERNON        (250) 545-4424
1321 NORTH 59th AVE, AZ 85043   1860 W. WASHINGTON BLVD.             1595 QUINN ST., V2N 2X2           3160 HWY 97 NORTH, V2J 5Y9      1051 MIDDLETON WAY, V1B 2N3
TUCSON        (520) 888-0028    MONTEBELLO, CA 90640                 PENTICTON       (250) 492-3639     NANAIMO        (250) 756-5288    FORT ST. JOHN  (250) 785-6105
3737 N. 110 EASTBOUND           FONTANA            (909) 823-9955    1860 FAIRVIEW RD., V2A 8A8        2365 NORTHFIELD ROAD, V9S 3C3    BOX 6340, MILE 48, ALASKA HWY.
FRONTAGE RD, AZ 85705           9730 CHERRY AVE, CA 92335            KAMLOOPS        (250) 374-4408     CAMPBELL RIVER (250) 287-8978    LANGLEY        (604) 607-0300
ALBUQUERQUE   (505) 884-0330    SAN DIEGO          (813) 328-1600    886 NOTRE DAME DR., V2C 5N8       2470 NORTH ISLAND HWY, V9W 2H1   28770 GLOUCESTER WAY, V4W 3V8
3130 PAN AMERICAN FREEWAY N.E.  842 N. JOHNSON AVE                   BURNABY         (604) 291-6431     CRANBROOK      (250) 426-8205    WHITEHORSE     (250) 645-2333
NM 87107                        EL CAJON, CA 92020                   5550 GORING ST., V5C 3A4          816 INDUSTRIAL RD. NO.1, V1C 4C8  227 RANGE ROAD, Y1A 3E5
FARMINGTON    (505) 327-0200                                         WILLIAMS LAKE   (250) 392-7101
3924 BLOOMFIELD HWY, NM 87401                                        1580 BROADWAY AVE., V2G 2X3



# INLAND KENWORTH (US) INC.
# INLAND PACLEASE

9730 Cherry Avenue, Fontana, CA 92335
(909) 823-9955

CUSTOMER INVOICE
PAGE 2

10-24-12
INVOICE NUMBER
>>>>  FS69303  <<<<

| | |
|---|---|
| CUSTOMER NAME | NUMBER     6100 |
| FONTANA CASH ACCOUNT | PHONE      818 935-3333 |

3     ***COMPLAINT***
C&A CEL IS ON * DRIVER STATES DPF SERVICE LIGHT IS ON & INJECTOR
#1 FAILURE COMES UP ON DISPLAY * THIS HAPPENS INTERMITTANTLY

***CAUSE***
FAILED AFTERTREATMENT INJECTOR:

***CORRECTION***
INSPECTED UNIT FOR CHECK FOR ENGINE LIGHT ON. HOOKED UP TO THE
ECM DOWNLOADED CODES INACTIVE CODES 3498 X1, 3497X3, 2347 X 2,
2448 X 6, AND ACTIVE 1932 X 3 TROUBLE SHOOT CODE 1932, 1A NO. NO
OTHER AFTER TREATMENT CODES /2A NO, NO FUEL LEAKS 2B NO, NO
LEAKS AT FUEL SHUTOFF MANIFOLD  2C NO 4.8  5.0 OZ UNDER
SPECIFICATION CALLED CUMMINS AND OPENED CLAIM # 2855223 AND
REPLACED DOSER INJECTOR .DRAINED COOLANT AND REPLACE DOSER
INJECTOR. CLEAR ALL CODES AND PERFORM MANUAL REGEN AND PASSED.
CALLED CUMMINS AND  CLOSED CLAIM.

CONTROL#2855223                          >>  WARRANTY PENDING  <<
          1     2881761NXCUM       KIT-INJEC
          1     2881761NXCUM#      CORE

4     ***COMPLAINT***
C&A TAIL LIGHTS * DRIVER STATES WHEN THE DRIVERS DOOR IS OPEN THE
TAIL LIGHTS DIM

***CAUSE***
TROUBLESHOOTING:

***CORRECTION***
INSPECTED UNIT FOR TAIL LIGHTS GOING DIM WHEN CAB DOOR IS OPEN.
NO FAULTS FOUND AT THIS TIME

5     ***COMPLAINT***
C&A TURBO BOOST PRESSURE * DRIVER STATES WHEN LOADED GETTING ON
THW FREEWAY THE UNIT SURGES. UN IT STARTS TO HEAT UP QUICKLY
(ALMOST OVERHEATING) AND THE TURBO BOOST  PRESSURE DROPS TO
ZERO.

***CAUSE***

***CORRECTION***
PERFORMED A DYNO AND CHECKED UNIT FOR NO BOOST PRESSURE AND
OVERHEATING. TRUCK RAN AT 200 - 220 & 380 @ 410 HP 35PSI OF
BOOST PRESSURE UNDER FULL LOAD AN DYNO. POSSIBLE FAULT IS
LEAKING TURBO FLEX PIPE. ADVISED CUSTOMER.

CONTINUED

| | | | | |
|---|---|---|---|---|
| **PHOENIX** (602) 258-7791 | **LOS ANGELES** (323) 278-4100 | **PRINCE GEORGE** (250) 562-8172 | **QUESNEL** (250) 992-7256 | **VERNON** (250) 545-4424 |
| 1021 NORTH 50th AVE, AZ 85043 | 1900 W. WASHINGTON BLVD. | 1965 QUINN ST., V2N 2X2 | 3150 HWY 97 NORTH, V2J 5Y9 | 1081 MIDDLETON WAY, V1B 2N3 |
| **TUCSON** (520) 888-0028 | MONTEBELLO, CA 90640 | **PENTICTON** (250) 492-3939 | **NANAIMO** (250) 758-5288 | **FORT ST. JOHN** (250) 785-8105 |
| 3737 N. I10 EASTBOUND | FONTANA (909) 823-9955 | 1800 FAIRVIEW RD., V2A 6A8 | 2385 NORTHFIELD ROAD, V9S 3C9 | BOX 6340, MILE 49, ALASKA HWY, |
| FRONTAGE RD, AZ 85705 | 9730 CHERRY AVE, CA 92335 | **KAMLOOPS** (250) 376-4408 | **CAMPBELL RIVER** (250) 287-3878 | LANGLEY (604) 607-0300 |
| **ALBUQUERQUE** (505) 884-0030 | **SAN DIEGO** (613) 328-1800 | 865 NOTRE DAME DR., V2C 5N8 | 2470 NORTH ISLAND HWY, V9W 2H1 | 26770 GLOUCESTER WAY, V4W 3V6 |
| 3120 PAN AMERICAN FREEWAY N.E, | 642 N. JOHNSON AVE | **BURNABY** (604) 291-6431 | **CRANBROOK** (250) 426-6205 | **WHITEHORSE** (250) 645-2333 |
| NM 87107 | EL CAJON, CA 92020 | 5550 DORING ST., V5C 3A4 | 818 INDUSTRIAL RD. NO.1, V1C 4G9 | 227 RANGE ROAD, Y1A 3E5 |
| **FARMINGTON** (505) 327-0200 | | **WILLIAMS LAKE** (250) 392-7101 | | |
| 3924 BLOOMFIELD HWY, NM 87401 | | 1680 BROADWAY AVE., V2G 2X3 | | |



# INLAND KENWORTH (US) INC.
# INLAND PACLEASE
9730 Cherry Avenue, Fontana, CA 92335
(909) 823-9955

CUSTOMER INVOICE
PAGE 3

10-24-12
INVOICE NUMBER
>>>> FS69303 <<<<

CUSTOMER NAME
FONTANA CASH ACCOUNT

NUMBER     6100
PHONE      818 935-3333

150.00

TOTAL LABOR

6   ***COMPLAINT***
C&A HVAC FAN: DRIVE STATES IT BLOWS WEAK IN THE CAB

***CAUSE***
LOOSE CONNECTIONS:

***CORRECTION***
INSPECTED HVAC SYSTEM FOR BLOWER WEAK. CHECKED WIRING AND
CONNECTIONS. FAULT FOUND THE FAN RESISTOR HAS A LOOSE
CONNECTION. CLEANED THE CONNECTION AND SECURED. TESTED UNITS
OPERATION. UNIT IS IN WORKING CONDITION.

TOTAL LABOR                                         166.60

7   ***COMPLAINT***
C&A TURBO FLEX PIPE * DRIVER STATES IT IS CRACKED

***CAUSE***

***CORRECTION***
PULLED TRUCK IN AND REMOVED AND REPLACED THE EXHAUST FLEX PIPE
AS NEEDED AND CHECKED OPERATION, ALL OKAT THIS TIME.

043-003-017-235-35-05                    >> WARRANTY PENDING <<

       1   M66-7091-0320              PIPE-BELL

8   ***COMPLAINT***
C&A HIGH BEAM HEAD LIGHT SWITCH  * SWITCH ON STEERING WHEEL

***CAUSE***
LOOSE CONNECTIONS:

***CORRECTION***
INSPECTED SMART WHEEL HEADLIGHT FLASH SWITCH. CONFIRMED SWITCH IS
INOP. CHECKED FUSES, REALYS, AND REMOVED THE SWITCH TO TEST THE
OPERATION. SWITCH IS IN WORKING CONDITION. REMOVED THE DASH
CLUSTER TO ACCESS THE MPX MODULE - GOOD. INSPECTED WIRING
HARNESS. FAULT FOUND. THE UNIT HAD A LOOSE WIRE PULL OUT FOR THE
CONNECTOR. CLEANED AND SECURED WIRING. TESTED UNITS OPERATION.
UNIT IS IN WORKING. RE-INSTALLED THE DASH CLUSTER AND SMART
WHEEL. RE-TESTED TO CONFIRM REPAIRS.

TOTAL LABOR                                         606.90

CONTINUED

PHOENIX        (602) 258-7761
1021 NORTH 59th AVE, AZ 85043
TUCSON         (520) 888-0028
3337 N. 110 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE    (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E.
NM 87107
FARMINGTON     (505) 327-0200
3024 BLOOMFIELD HWY, NM 87401

LOS ANGELES    (323) 279-4100
1800 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA        (909) 823-9955
9730 CHERRY AVE, CA 92335
SAN DIEGO      (813) 329-1600
542 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE  (250) 562-8172
1695 QUINN ST., V2N 2X2
PENTICTON      (250) 492-3939
1890 FAIRVIEW RD., V2A 5A8
KAMLOOPS       (250) 374-4408
885 NOTRE DAME DR., V2C 5N8
BURNABY        (604) 291-6431
5550 GORING ST., V5C 3A4
WILLIAMS LAKE  (250) 392-7101
1590 BROADWAY AVE., V2G 2X3

QUESNEL        (250) 992-7268
3150 HWY 97 NORTH, V2J 5Y9
NANAIMO        (250) 758-5288
2365 NORTHFIELD ROAD, V9B 3C3
CAMPBELL RIVER (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK      (250) 489-8205
816 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON         (250) 545-4424
1051 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN  (250) 785-8105
BOX 6340, MILE 48, ALASKA HWY.
LANGLEY        (604) 607-0300
28770 GLOUCESTER WAY, V4W 3V8
WHITEHORSE     (250) 845-2333
227 RANGE ROAD, Y1A 3E5

INLAND KENWORTH (US) INC.
INLAND PACLEASE

9730 Cherry Avenue, Fontana, CA 92335
(909) 823-9955

CUSTOMER INVOICE
PAGE 4

*
10-24-12
INVOICE NUMBER
>>>> FS69303 <<<<

CUSTOMER NAME
FONTANA CASH ACCOUNT

NUMBER    6100
PHONE     818 935-3333

9   ***COMPLAINT***
    C&A NOISE ON PASSENGER SIDE ONLY IN AM * DRIVER STATES IT IS A
    LOUD TICKING NOISE

    ***CAUSE***


    ***CORRECTION***


10  ***COMPLAINT***
    REPLACE REAR MUD FLAPS

    ***CAUSE***
    MUDFLAPS:

    ***CORRECTION***
    RESIZED MUDFLAPS TO FIT. REPLACED MUDFLAPS.CHECKED OPERATION, ALL
    OK AT THIS TIME.

                                                    >> NO CHARGE <<
              2    24X30WKWF                 MUDFLAP-W

11  ***COMPLAINT***
    REPLACE REAR CROSSMEMBER

    ***CAUSE***
    DAMGED CROSS MEMBER:

    ***CORRECTION***
    PULLED TRUCK IN AND REPLACED THE DAMGED CROSS MEMBER AND CHECKED
    OPERATION, ALL OK AT THIS TIME.

                                                    >> NO CHARGE <<
              1    K100-1148                 CROSSMEMB
              1    FREIGHT IN                UPSR

                              MISCELLANEOUS SUPPLIES     112.70

    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    LABOR SLS CUSTOMER      350B      773.50
                    DYNO LABOR CUST         354B      150.00
                    SUPPLIES RECOVERED      917C      112.70
                    SALES TAX               217F        8.73
                    PLEASE PAY THIS TOTAL   106      1044.93

CONTINUED

                    I THE CARDMEMBER
                    AM SATISFIED WITH
                    THE WORK COMPLETED

                    X _____

PHOENIX          (502) 258-7791     LOS ANGELES        (323) 278-4100     PRINCE GEORGE      (250) 562-8172     QUESNEL          (250) 992-7258     VERNON           (250) 545-4424
1021 NORTH 59th AVE, AZ 85043      1800 W. WASHINGTON BLVD.               1986 QUINN ST., V2N 2X2              3150 HWY 97 NORTH, V2J 5Y9          1051 MIDDLETON WAY, V1B 2N3
TUCSON           (520) 888-0028     MONTEBELLO, CA 90640                  PENTICTON          (250) 492-3838     NANAIMO          (250) 758-6288     PORT ST. JOHN    (250) 785-8105
3737 N. 110 EASTBOUND              FONTANA            (909) 823-9855      1860 FAIRVIEW RD., V2A 5A8            2305 NORTHFIELD ROAD, V9S 3C3        BOX 6340, MILE 48, ALASKA HWY.
FRONTAGE RD, AZ 85705             9730 CHERRY AVE, CA 92335               KAMLOOPS           (250) 374-4408     CAMPBELL RIVER   (250) 287-8878     LANGLEY          (604) 607-0300
ALBUQUERQUE      (505) 884-0030     SAN DIEGO          (813) 328-1800      885 NOTRE DAME DR., V2C 6N8           2470 NORTH ISLAND HWY, V9W 2N1       20770 GLOUCESTER WAY, V9W 3V8
3120 PAN AMERICAN FREEWAY N.E,     542 N. JOHNSON AVE                     BURNABY            (604) 291-6431     CRANBROOK        (250) 426-6206     WHITEHORSE       (250) 645-2333
NM 87107                          EL CAJON, CA 92020                      5560 QORINO ST., V5C 3A4             818 INDUSTRIAL RD, NO.1, V1C 4C8     227 RANGE ROAD, Y1A 3E5
FARMINGTON       (505) 327-0200                                           WILLIAMS LAKE      (250) 392-7101
3924 BLOOMFIELD HWY, NM 87401                                            1560 BROADWAY AVE., V2G 2N3



**INLAND KENWORTH (US) INC.**
**INLAND PACLEASE**
9730 Cherry Avenue, Fontana, CA 92335
(909) 823-9955

CUSTOMER INVOICE
PAGE 5

*
10-24-12
INVOICE NUMBER
>>>>   FS69303   <<<<

CUSTOMER NAME
FONTANA CASH ACCOUNT

NUMBER    6100
PHONE     818 935-3333

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.   THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                         RECEIVED BY :  -------------------------------------

PHOENIX        (802) 258-7701
1021 NORTH 59th AVE, AZ 85043
TUCSON         (920) 888-0028
3737 N. 115 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE    (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON     (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES        (323) 278-6100
1800 W. WASHINGTON BLVD,
MONTEBELLO, CA 90640
FONTANA        (800) 823-6955
9730 CHERRY AVE, CA 82335
SAN DIEGO      (013) 328-1600
542 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE      (250) 562-8172
1985 QUINN ST., V2N 2X2
PENTICTON          (250) 492-3939
1800 FAIRVIEW RD., V2A 9A8
KAMLOOPS           (250) 376-4406
885 NOTRE DAME DR., V2C 5N8
BURNABY            (604) 291-8431
5560 GORING ST., V5C 3A4
WILLIAMS LAKE      (250) 392-7101
1590 BROADWAY AVE., V2G 2X3

QUESNEL            (250) 992-7258
3150 HWY 97 NORTH, V2J 6Y9
NANAIMO            (250) 758-5286
2385 NORTHFIELD ROAD, V9S 3C3
CAMPBELL RIVER     (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK          (250) 426-8205
819 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON             (250) 545-4424
1361 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN      (250) 785-6125
BOX 6340, MILE 49, ALASKA HWY.
LANGLEY            (604) 807-0300
25770 GLOUCESTER WAY, V4W 3V6
WHITEHORSE         (250) 845-2333
227 RANGE ROAD, Y1A 3E5



# INLAND KENWORTH (US) INC.
# INLAND PACLEASE

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

CUSTOMER INVOICE

*
12-13-12
INVOICE NUMBER
>>>> MS81130 <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE CA 90205

NUMBER   300100
PHONE    818 935-3333
P.O. NO.
COMPLETE 12-12-12

DATE  12-12-12 09:05
SVC WTR   CM *CM

SERIAL NO.   299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR

UNIT NO.  11

DEL DATE 02-23-12    DEL MILE

MILEAGE  74112
LICENSE  VP84645
CPL/ARRG
R RATIO

```
CCCCCCCCCC     OOOOOOOOOO    DDDDDDDDDD
CCCCCCCCCCCC   OOOOOOOOOOOO  DDDDDDDDDDDD
CCCC    CCCC   OOOO    OOOO  DDDD    DDDD
CCCC    CCCC   OOOO    OOOO  DDDD    DDDD
CCCC           OOOO    OOOO  DDDD    DDDD
CCCC    CCCC   OOOO    OOOO  DDDD    DDDD
CCCC    CCCC   OOOO    OOOO  DDDD    DDDD
CCCCCCCCCCCC   OOOOOOOOOOOO  DDDDDDDDDDDD
CCCCCCCCCC     OOOOOOOOOO    DDDDDDDDDD
```

1   REPLACE DOOR SILLS ON DRIVER DOOR LT
    REMOVED ALL DAMAGED DOOR SILL ON DRIVER DOOR, AND ADJUSTED DOOR
    SO NO MORE AIR COMES THRU DOOR. PUT AIR PRESSURE ONCE REPAIRS WERE
    COMPLETED AND NO AIR WAS HEARD OR FELT THRU THE DORR ANYMORE.
    002-026-004
    002-423 1.0
    002-425 .5
    410

    1   R42-1084           SEAL-DOOR
    1   R42-1159           SEAL-CAB
    1   K207-386-4         SEAL-FAN

                          >> WARRANTY PENDING <<

PLEASE PAY THIS TOTAL                    0.00

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                          RECEIVED BY :  ------------------------------

CONTINUED

PHOENIX        (602) 258-7781
1021 NORTH 50th AVE, AZ 85043
TUCSON         (520) 888-0028
3737 N. I10 EASTBOUND
FRONTAGE RD, AZ 86705
ALBUQUERQUE    (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON     (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES    (323) 278-4100
1600 W. WASHINGTON BLVD,
MONTEBELLO, CA 90640
FONTANA        (909) 823-5955
8730 CHERRY AVE, CA 92335
SAN DIEGO      (813) 328-1600
842 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE  (250) 562-8172
1995 QUINN ST., V2N 2X2
PENTICTON      (250) 492-3939
1880 FAIRVIEW RD., V2A 6A8
KAMLOOPS       (250) 374-4406
666 NOTRE DAME DR., V2C 5N8
BURNABY        (604) 291-6431
5550 DORING ST., V5C 3A4
WILLIAMS LAKE  (250) 392-7101
1580 BROADWAY AVE., V2G 2X3

QUESNEL        (250) 992-7256
3150 HWY 97 NORTH, V2J 5Y9
NANAIMO        (250) 756-6288
2385 NORTHFIELD ROAD, V9S 3C3
CAMPBELL RIVER (250) 287-8678
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK      (250) 426-6205
815 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON         (250) 545-4424
1851 MIDDLETON WAY, V1B 2B3
PORT ST. JOHN  (250) 785-6105
BOX 6340, MILE 49, ALASKA HWY.
LANGLEY        (604) 607-0300
24770 GLOUCESTER WAY, V4W 3V8
WHITEHORSE     (250) 645-2333
227 RANGE ROAD, Y1A 3E5



# INLAND K. WORTH (US) II C.

## INLAND PACLEASE
1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

CUSTOMER INVOICE
PAGE 2

12-13-12
INVOICE NUMBER
>>>> MS81130 <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE

NUMBER        300100
PHONE         818 935-3333

PHOENIX          (602) 256-7701
1621 NORTH 59th AVE, AZ 85043
TUCSON           (520) 888-0028
3737 N. I10 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE      (505) 984-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON       (505) 327-0200
3824 BLOOMFIELD HWY, NM 87401

LOS ANGELES         (323) 278-4100
1900 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA          (909) 823-9955
9730 CHERRY AVE, CA 92335
SAN DIEGO        (813) 328-1000
542 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE       (250) 562-8172
1965 QUINN ST., V2N 2X2
PENTICTON        (250) 492-3838
1680 FAIRVIEW RD., V2A 5A8
KAMLOOPS         (250) 374-4408
865 NOTRE DAME DR., V2C 5N6
BURNABY          (604) 291-8431
5560 GORING ST., V5C 3A4
WILLIAMS LAKE    (250) 392-7101
1500 BROADWAY AVE., V2G 2X3

QUESNEL          (250) 992-7256
3150 HWY 97 NORTH, V2J 5Y9
NANAIMO          (250) 758-8288
2365 NORTHFIELD ROAD, V9S 3C3
CAMPBELL RIVER   (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2B1
CRANBROOK        (250) 426-6205
816 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON           (250) 545-4424
1051 MIDDLETON WAY, V1B 2K3
FORT ST. JOHN    (250) 785-9105
BOX 6340, MILE 49, ALASKA HWY.
LANGLEY          (604) 607-0300
26776 GLOUCESTER WAY, V4W 3V6
WHITEHORSE       (250) 645-2333
227 RANGE ROAD, Y1A 3E5

# INLAND KENWORTH (US) INC.

**Member of** THE INLAND GROUP

# INLAND PACLEASE

**1600 Washington Blvd., Montebello, CA 90640**
**(323) 278-4100**

CUSTOMER INVOICE

*
01-15-13
INVOICE NUMBER
>>>>  MS81678  <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE CA 90205

NUMBER   300100
PHONE    818 935-3333
P.O. NO.
COMPLETE 01-15-13

DATE   01-09-13 11:46
SVC WTR   AS *AM

SERIAL NO.   299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO    ARTAK 818 935-3333

UNIT NO. 11

DEL DATE 02-23-12

MILEAGE   83394
LICENSE   VP84645
CPL/ARRG
R RATIO

DEL MILE

```
CCCCCCCCC      OOOOOOOOO      DDDDDDDDDD
CCCCCCCCCCC    OOOOOOOOOOO    DDDDDDDDDDD
CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
CCCC           OOOO    OOOO   DDDD    DDDD
CCCC           OOOO    OOOO   DDDD    DDDD
CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
CCCCCCCCCCC    OOOOOOOOOOO    DDDDDDDDDDD
CCCCCCCCC      OOOOOOOOO      DDDDDDDDDD
```

1   CHECK AND ADVISE ON A/C BLOWS HOT IN CAB ALSO HOT AND COLD KNOBS
    NOT CLOSING PROPERLY
    VERIFIED COMPLAINT FOUND HEATER VALVE LEAKING AT CAB REPLACED HEATER V
    ALVE CHECKED AFTER FOUND LAL OK....
    001-002-029
    001-056 0.4
    001-101 0.3
    235
                                           >>  WARRANTY PENDING  <<

    1   MA19000                 VALVE-WAT
    1   EC3501                  ELCRED50

2   CHECK AND ADVISE ON FRT END SUSPENSION COMPLAINT IS TIRES ARE WEARING
    UNEVEN
    VERIFIED COMPLAINT CHECKED FRONT END FOUND KING PINS NEED SHIMS. INST
    LLED KING PIN SHIMS AND PERFORMED FRONT END ALIGNMENT CHECKED AFTER F
    UND ALL OK AT THIS TIME....
                    TOTAL LABOR                          715.00
                    TOTAL PARTS                           16.07

                                    **PAID**
                                   VISA/MC
    3   817494                      SHIM (.01          12.24
    1   4720PEN                     CLEANER-B           3.83
                                   AMEX
                                   MISCELLANEOUS SUPPLIES     15.00
                                   DISC
                                   HAZRDOUS MAT FEE            5.00
                         _initial_

CONTINUED

PHOENIX          (802) 268-7701
1021 NORTH 50th AVE, AZ 85043
TUCSON           (520) 888-0028
3737 AL 110 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE      (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON       (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES      (323) 278-4100
1800 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA          (909) 823-9855
9730 CHERRY AVE, CA 92335
SAN DIEGO        (813) 328-1800
542 N. JOHNSON AVE
EL CAJON, CA 02020

PRINCE GEORGE    (250) 562-8172
1885 QUINN ST., V2N 2X2
PENTICTON        (250) 492-3939
1889 FAIRVIEW RD., V2A 6A8
KAMLOOPS         (250) 374-4408
885 NOTRE DAME DR., V2C 5N8
BURNABY          (604) 291-8431
5560 GORING ST., V5C 3A4
WILLIAMS LAKE    (250) 392-7101
1580 BROADWAY AVE., V2G 2X3

QUESNEL          (250) 992-7258
3150 HWY 97 NORTH, V2J 5V8
NANAIMO          (250) 758-5289
2385 NORTHFIELD ROAD, V9S 3C3
CAMPBELL RIVER   (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK        (250) 426-8205
818 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON           (250) 545-4424
1051 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN    (250) 785-6185
BOX 6340, MILE 48, ALASKA HWY.
LANGLEY          (604) 607-0300
20770 GLOUCESTER WAY, V4W 3V6
WHITEHORSE       (867) 845-2333
227 RANGE ROAD, Y1A 3E5



**INLAND KENWORTH (US) INC.**

**INLAND PACLEASE**

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

CUSTOMER INVOICE
PAGE 2

*

01-15-13
INVOICE NUMBER
>>>>   MS81678   <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE

NUMBER    300100
PHONE     818 935-3333

| | |
|---|---|
| PARTS SLS SHOP | 16.07 |
| LABOR SLS CUSTOMER | 715.00 |
| SUPPLIES RECOVERED | 20.00 |
| SALES TAX | 2.80 |
| PLEASE PAY THIS TOTAL | 753.87 |

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.   THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                              RECEIVED BY :    - - - - - - - - - - - - - - - - - - - -

PHOENIX      (602) 258-7701
1021 NORTH 59th AVE, AZ 85043
TUCSON       (520) 888-0028
3737 N. I10 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE  (505) 884-0030
3120 PAN AMERICAN FREEWAY N.E,
NM 87107
FARMINGTON   (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES    (323) 278-4100
1600 W. WASHINGTON BLVD.
MONTEBELLO, CA 90040
FONTANA        (909) 823-9355
9730 CHERRY AVE, CA 92335
SAN DIEGO      (813) 326-1600
542 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE    (250) 562-8172
1995 QUINN ST., V2N 2X2
PENTICTON        (250) 492-3930
1809 FAIRVIEW RD., V2A 8A8
KAMLOOPS         (250) 374-4408
855 NOTRE DAME DR., V2C 5N8
BURNABY          (604) 291-6431
5550 GORING ST., V5C 3A4
WILLIAMS LAKE    (250) 392-7101
1880 BROADWAY AVE., V2G 2X3

QUESNEL          (250) 992-7258
3150 HWY 97 NORTH, V2J 5Y9
NANAIMO          (250) 758-5288
2385 NORTHFIELD ROAD, V9S 3C3
CAMPBELL RIVER   (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK        (250) 426-6205
816 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON           (250) 545-4424
1081 MIDDLETON WAY, V1B 2N3
FORT ST. JOHN    (250) 785-6105
BOX 6340, MILE 48, ALASKA HWY.
LANGLEY          (604) 607-0300
28770 GLOUCESTER WAY, V4W 3V8
WHITEHORSE       (250) 456-2333
227 RANGE ROAD, Y1A 3E5

# INLAND KENWORTH (US) INC.
# INLAND PACLEASE

Member of THE INLAND GROUP

1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

CUSTOMER INVOICE

04-05-13
INVOICE NUMBER
>>>>  MS83512  <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE
A & S EXPRESS
1030 E. PALMER AVE #4
GLENDALE CA 90205

NUMBER    300100
PHONE     818 935-3333
P.O. NO.
COMPLETE  04-05-13

DATE   04-04-13 15:50
SVC WTR    AM *MP

SERIAL NO.   299456
YEAR/MAKE/MODEL - 2012 KW T660
ENGINE/MODEL/SERL ISX15 79460818
TRNS/MODEL/SERL -
RXLS MODEL/SERL -
SELL DLR
MEMO    CONTACT:ARTEK

UNIT NO. 11

MILEAGE   108243
LICENSE   VP84645
CPL/ARRG
R RATIO

DEL DATE 02-23-12       DEL MILE

```
    CCCCCCCCC      OOOOOOOOO     DDDDDDDDDD
   CCCCCCCCCCC    OOOOOOOOOOO    DDDDDDDDDD
   CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
   CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
   CCCC           OOOO    OOOO   DDDD    DDDD
   CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
   CCCC    CCCC   OOOO    OOOO   DDDD    DDDD
   CCCCCCCCCCC    OOOOOOOOOOO    DDDDDDDDDD
    CCCCCCCCC      OOOOOOOOO     DDDDDDDDDD
```

1   CHECK AND ADVISE OIL CONSUMPTION 1 GALLON EVERY 12000
    CONTROL NUMBER   2953140
    CLAIM NUMBER   39426

                                    >>  WARRANTY PENDING  <<

|   |               |          |
|---|---------------|----------|
| 1 | CV50634FLG    | ELEMENT-C |
| 1 | 4309247NXCUM  | KIT-EGR C |
| 2 | EC3501        | ELCRED50 |
| 4 | 4298975CUM    | NUT-LOCK |
| 25 | 18106-X      | 1/16-4 CA |
| 1 | 4309247NXCUM# | CORE |

2   CHECK AND ADVISE COOLANT LOSS POSSIBLE AT HEATER VALVE
    REPAIS ON OP 1

3   CHECK AND ADVISE 5TH WHEEL ADJUSTMENT
    VERIFIED COMPLAINT AND FOUND 5TH WHEEL OUT OF ADJUSTMENT
    HOOK UP FITH WHEEL TOOL TO ADJUST AND ADJUST TO SPECS.
    CK AFTER AND ALL OK AT THIS TIME.
                    TOTAL LABOR                       125.00

4   CHECK AND ADVISE DOOR ADJUSTMENT SEE BODY SHOP.
    ADJUST DOORS TO SPECS AND CK AFTER AL OK
    NO CHARGE AT THIS TIME

CONTINUED

PHOENIX        (602) 269-7701
1021 NORTH 55th AVE., AZ 85043
TUCSON         (520) 685-0028
3737 N. 110 EASTBOUND
FRONTAGE RD, AZ 85705
ALBUQUERQUE    (505) 846-0030
3120 PAN AMERICAN FREEWAY XLE,
NM 87107
FARMINGTON     (505) 327-0200
3924 BLOOMFIELD HWY, NM 87401

LOS ANGELES    (323) 278-4100
1600 W. WASHINGTON BLVD.
MONTEBELLO, CA 90640
FONTANA        (909) 823-8955
9730 CHERRY AVE, CA 92335
SAN DIEGO      (619) 328-1800
542 N. JOHNSON AVE
EL CAJON, CA 92020

PRINCE GEORGE  (250) 562-8172
1988 QUINN ST., V2N 2X2
PENTICTON      (250) 492-3939
1090 FAIRVIEW RD., V2A 6A9
KAMLOOPS       (250) 376-4406
805 NOTRE DAME DR., V3C 9N6
BURNABY        (604) 291-6421
9650 GORING ST., V6C 3A4
WILLIAMS LAKE  (250) 392-7101
1660 BROADWAY AVE., V2G 1X3

QUESNEL        (250) 992-7258
3150 HWY 97 NORTH, V2J 5Y8
NANAIMO        (250) 758-5288
2305 NORTHFIELD ROAD, V9B 3C3
CAMPBELL RIVER (250) 287-8878
2470 NORTH ISLAND HWY, V9W 2H1
CRANBROOK      (250) 426-6205
816 INDUSTRIAL RD. NO.1, V1C 4C8

VERNON         (250) 545-4424
1051 MIDDLETON WAY, V1B 2R2
FORT ST. JOHN  (250) 785-6105
BOX 6340, MILE 48, ALASKA HWY,
LASSLEY        (604) 607-0200
25770 GLOUCESTER WAY, V4W 3V6
WHITEHORSE     (250) 668-2933
327 RANGE ROAD, Y1A 3E8



# INLAND KENWORTH (US) INC.
# INLAND PACLEASE
1600 Washington Blvd., Montebello, CA 90640
(323) 278-4100

CUSTOMER INVOICE
PAGE 2

04-05-13
INVOICE NUMBER
>>>>  MS83512  <<<<

CUSTOMER NAME
LA CASH SALE - TAXABLE

NUMBER      300100
PHONE       818 935-3333

5    ABS LIGHT ON ADVISE.
     VERIFIED COMPLAINT AND FOUND ABS LIGHT ON. HOOK UP COMPUTER
     AND FOUND RIGHT REAR DRIVE AXLE SENSOR OUT OF CALIBRATIOIN
     CK SENSOR AND OK, RESET CALIBRATION ON SENSOR AND CK AFTER
     AND FOUND ALL OK AT THIS TIME.
               TOTAL LABOR                                    125.00

                          MISCELLANEOUS SUPPLIES              25.00
                          HAZARDOUS MAT FEE                    5.00

- - - - - - - - - - - - - - - - - - - - - - - - - - -

                   LABOR SLS CUSTOMER                        250.00
                   SUPPLIES RECOVERED                         30.00
                   SALES TAX                                   2.25
                   PLEASE PAY THIS TOTAL                     282.25

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER,
IF ANY.  THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS
OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR
A PARTICULAR PURPOSE, AND INLAND KENWORTH INC. NEITHER ASSUMES NOR AUTH-
ORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE
SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLI-
CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINSTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                   RECEIVED BY : - - - - - - - - - - - - - - - - - - - - - -



PAID
VISA/MC
AMEX
DISC

PHOENIX        (802) 258-7791     LOS ANGELES      (323) 278-4100     PRINCE GEORGE    (250) 502-8172     QUESNEL          (250) 992-7256     VERNON           (250) 543-4424
1021 NORTH 59th AVE, AZ 85043     1800 W. WASHINGTON BLVD.            1986 QUINN ST., V2N 2X2            3150 HWY 97 NORTH, V2J 6Y6         1051 MIDDLETON WAY, V1B 2X5
TUCSON         (520) 918-0028     MONTEBELLO, CA 90640               PENTICTON        (250) 492-3930     NANAIMO          (250) 758-5288     FORT ST. JOHN    (250) 785-0105
3737 N. 110 EASTBOUND             FONTANA          (800) 932-9056     1990 FAIRVIEW RD., V2A 6A8         2385 NORTHFIELD ROAD, V8B 2C3      BOX 5340, MILE 48, ALASKA HWY,
FRONTAGE RD, AZ 85705             8730 CHERRY AVE, CA 92335          KAMLOOPS         (250) 376-4428     CAMPBELL RIVER   (250) 287-9878     LANGLEY          (604) 607-0300
ALBUQUERQUE    (505) 884-0030     SAN DIEGO        (619) 328-1600     819 NOTRE DAME DR., V2C 5N8        2470 NORTH INLAND HWY, V9W 2M1     26770 GLOUCESTER WAY, V0W 1V0
3120 PAN AMERICAN FREEWAY N.E,    542 N. JOHNSON AVE                 BURNABY          (604) 291-6431     CRANBROOK        (250) 426-8205     WHITEHORSE       (250) 668-2332
NM 87107                          EL CAJON, CA 92020                 5850 GORING ST., V5C 3A4           818 INDUSTRIAL RD. NO.1, V1C 4C5   227 RANGE ROAD, Y1A 3E5
FARMINGTON     (505) 327-9200                                        WILLIAMS LAKE    (250) 392-7101
3924 BLOOMFIELD HWY, NM 87401                                        1580 BROADWAY AVE., V2G 2X3

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Harry S. Kaloustian (SBN 219679)<br>KALOUSTIAN & ASSOCIATES<br>21031 Ventura Blvd., Ste. 410<br>Woodland Hills, CA 91364 | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court Of California<br>County Of Los Angeles<br><br>MAR 20 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Amber Hayes, Deputy |

TELEPHONE NO.: (818) 594-0739  FAX NO.: (818) 594-0852 Fax
ATTORNEY FOR *(Name):* Plaintiff Artak Sargsyan

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central District

CASE NAME: Sargsyan v. PACCAR

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER BC540050 |
|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

**2.** This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence         f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

**4.** Number of causes of action *(specify):* Five (5)

**5.** This case [ ] is [X] is not a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 19, 2014

Harry S. Kaloustian (SBN 219679)
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET  Legal Solutions Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                    CM-010

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

To Parties in Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ—Administrative Mandamus
  Writ—Mandamus on Limited Court Case Matter
  Writ—Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal—Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

| SHORT TITLE: Sargsyan v. PACCAR | CASE NUMBER | BC540050 |
|---|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 5 [ ] HOURS/ [X] DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ] A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage Wrongful Death Tort** | Asbestos (04) | [ ] A6070 Asbestos Property Damage | 2. |
| | | [ ] A7221 Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | [ ] A7240 Other Professional Health Care Malpractice | 1., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | [ ] A7250 Premises Liability (e.g., slip and fall) | 1., 4. |
| | | [ ] A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | [ ] A7270 Intentional Infliction of Emotional Distress | 1., 3. |
| | | [ ] A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

| LACIV 109 (Rev. 03/11)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | Local Rule 2.0<br>Page 1 of 4 |
|---|---|---|

LA-CV109

| SHORT TITLE: | Sargsyan v. PACCAR | CASE NUMBER |
|---|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☒ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels _____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

SHORT TITLE: **Sargsyan v. PACCAR**  |  CASE NUMBER

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | A6151  Writ - Administrative Mandamus | 2., 8. |
| | | A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | A6141  Sister State Judgment | 2., 9. |
| | | A6160  Abstract of Judgment | 2., 6. |
| | | A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | A6030  Declaratory Relief Only | 1., 2., 8. |
| | | A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | A6121  Civil Harassment | 2., 3., 9. |
| | | A6123  Workplace Harassment | 2., 3., 9. |
| | | A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | A6190  Election Contest | 2. |
| | | A6110  Petition for Change of Name | 2., 7. |
| | | A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | A6100  Other Civil Petition | 2., 9. |

| SHORT TITLE: Sargsyan v. PACCAR | CASE NUMBER |
|---|---|

**Item III. Statement of Location:** Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. <br><br> ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 1600 Washington Blvd. |
|---|---|
| CITY: Montebello | STATE: CA | ZIP CODE: 90640 |

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Stanely Mosk___ courthouse in the ___Central___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: 3/19/2014

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

Harry S. Kaloustian

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.0
Page 4 of 4