Richard C. Moreno (SBN 190869)
  rmoreno@murchisonlaw.com
Steven J. McEvoy (SBN 259273)
  smcevoy@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant, PACCAR INC., erroneously sued and served as PACCAR, INC., a Delaware Corporation d/b/a Kenworth Truck Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAK SARGSYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACCAR, INC., a Delaware Corporation d/b/a Kenworth Truck Company; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-04410-PSG (ASx)<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT**<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom 880-Roybal Bldg.<br><br>Action Filed:     March 20, 2014<br>Trial Date:        None Set |

　　　IT IS HEREBY STIPULATED by and between all the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | | |
|---|---|---|
| 1 | DATED: August 6, 2015 | **MURCHISON & CUMMING, LLP** |
| 2 | | |
| 3 | | By: */s/ Richard C. Moreno* |
| 4 | | Richard C. Moreno |
| | | Steven J. McEvoy |
| 5 | | Attorneys for Defendant, PACCAR INC., erroneously sued and served as PACCAR, INC., a Delaware Corporation d/b/a |
| 6 | | Kenworth Truck Company |
| 7 | | |
| 8 | DATED: August 6, 2015 | **KALOUSTIAN & ASSOCIATES** |
| 9 | | |
| 10 | | By: */s/ Harry S. Kaloustian* |
| 11 | | Harry S. Kaloustian |
| | | Tigran Khatchatrian |
| 12 | | Attorneys for Plaintiff ARTAK SARGSYAN |

2

JOINT STIPULATION TO DISMISS COMPLAINT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, California 90017-4613.

On August 6, 2015, I served true copies of the following document(s) described as **JOINT STIPULATION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 6, 2015, at Los Angeles, California.

*/s/ Jennifer Burnier*

JOINT STIPULATION TO DISMISS COMPLAINT

**SERVICE LIST**
**Artak Sargsyan vs. PACCAR, Inc., et. al.**

Harry S. Kaloustian                     Attorneys for Plaintiff
Kaloustian & Associates
21031 Ventura Boulevard
Suite 410
Woodland Hills, CA  91364
Telephone: 818-594-0739
Facsimile: 818-594-0852

Tigran Khatchatrian                     Attorneys for Plaintiff
Khatchatrian & Associates
701 N. Brand Boulevard
Suite 280
Glendale, CA  91203
Telephone: 818-247-7717
Facsimile: 818-247-7719